UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
JOHN W. GILDAY, as Executive Director of the
ELECTRICAL INDUSTRY BOARD OF NASSAU            **ORDER ADOPTING R & R**
AND SUFFOLK COUNTIES, NEW YORK, KEVIN          Civil Action No. 15-6962
Business Manager of LOCAL UNION NO. 25
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS and JOHN DOE and
JANE DOE, beneficiaries of the TRUST FUNDS
Administered by the ELECTRICAL BOARD OF
NASSAU AND SUFFOLK COUNTIES, NEW
YORK,
                              Plaintiffs,
           -against-

SDS TELECOM INC. and SEAN STEVENS,

                              Defendants.
-----------------------------------------------------X

**HURLEY, Senior District Judge:**

        Presently before the Court is the Report and Recommendation, dated August 30, 2019,

("R&R"), of Magistrate Judge Gary R. Brown recommending that the renewed motion of

plaintiffs for  an award of damages against defendant SDS Telecom Inc. be granted and plaintiffs

be awarded $19,692.11 plus interest calculated at the rate of 6% per annum from the date

payments became due. More than fourteen days have elapsed since service of the R&R. And no

objections have been filed.

        Having reviewed the R&R for clear error and finding none, the Court adopts the R&R in

its entirety.

        IT IS HEREBY ORDERED that plaintiff's renewed motion for damages is granted and

plaintiffs are awarded $19, 682.11, plus interest at the rate of 6% per annum from June 15, 2015 to the entry of judgment, against defendant SDS Telecom Inc. In accordance with the March 22, 2017 Order of the Court, the claims against defendant Sean Stevens are dismissed. The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, N.Y.
      September 23, 2019

                                     /s/ Denis R. Hurley
                                     Denis R. Hurley
                                     United States District Judge